UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:26CR 00023BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 611(a) |
| | ) | |
| JUAN MANUEL GUDINO | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 28 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

On or about November 8, 2022, in the Eastern District of Arkansas, the defendant,

JUAN MANUEL GUDINO,

an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a federal candidate for the offices of Member of the Senate and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney
Bar No: 2002158
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Jonathan.D.Ross@usdoj.gov