UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 2:26CR00023-01 BSM |
| | ) | |
| | ) | |
| JUAN MANUEL GUDINO | ) | DEFENDANT |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

The Defendant, Juan Manuel Gudino, through his attorney, Abigail Obana, and for his Motion to Continue, states:

1. This case is set for trial on Monday, November 30, 2026, at 9:30 a.m.

2. Defense counsel has received the discovery in this case, but will need time to meet with Mr. Gudino, pursue any potential pretrial matters and if necessary, prepare this case for trial;

3. Defense counsel respectfully requests that the Court grant a continuance, and hereby certifies this Motion is brought in good faith, and not for delay or any other improper purpose;

4. Defense counsel has contacted the United States Attorney's Office, and there is no opposition to Defendant's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Juan Manuel Gudino, respectfully requests this Court to grant his Motion to Continue and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By: Abigail Obana
Bar Number 2019223
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: Abigail_Obana@fd.org

For: Juan Manuel Gudino, Defendant